1  BRUCE J. HAGEL [SBN 63531]
   ELIZABETH GADE [SBN 161495]
2  OLSON HAGEL & FISHBURN LLP
   555 Capitol Mall, Suite 1425
3  Sacramento, CA  95814
   Telephone: (916) 442-2952
4  Facsimile: (916) 442-1280

5
   *Attorneys for Plaintiff*
6

7

8                    UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  ELPIDIO ZAMORA,                          **CASE NO.: 06-CV-2347-DAD**

12  SSN: 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,
                                             **STIPULATION AND ORDER SETTLING**
13            Plaintiff,                     **ATTORNEYS FEES PURSUANT TO THE**
         vs.                                 **EQUAL ACCESS TO JUSTICE ACT (EAJA)**
14  MICHAEL J. ASTRUE,

15  Commissioner of Social Security Administration,

16            Defendant

17

18       It is hereby stipulated by and between the parties, through their respective undersigned attorneys,

19  with the approval of the Court, that as Plaintiff assignee, counsel for Plaintiff be awarded attorney's fees

20  under the Equal Access to Justice Act (EAJA) in the amount of  TWO THOUSAND ONE HUNDRED

21  AND SIXTY DOLLARS ($2160.00), for compensation for legal services rendered on Plaintiff's behalf,

22  pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the

23  EAJA  in this action, but not constituting any admission of Defendant's liability under the EAJA in this

24  action.

25       Payment of fees in the amount of TWO THOUSAND ONE HUNDRED AND SIXTY

26  DOLLARS ($2160.00) shall constitute a complete release from and bar to any and all claims of

27  Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future

28

OLSON **HAGEL & FISHBURN LLP**
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

1

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

1  request for fees under the Social Security Act, 42 U.S.C.§406 (b). Any payment shall be made payable

2  to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

3  Dated: June 25, 2009                                    Respectfully submitted,

4                                                          OLSON HAGEL & FISHBURN LLP [1]

5

6                                                          By: /s/ Bruce J. Hagel_____

7                                                          BRUCE J. HAGEL, ESQ.
                                                           Attorney for Plaintiff

8

9  Dated: July 9, 2009                                     McGREGOR W. SCOTT
                                                           United States Attorney
10                                                                                        [2]

11

12                                                         By: /s/ Jean Turk_____

13                                                         JEAN TURK
                                                           Special Assistant U.S. Attorney
14                                                         Attorneys for Defendant

15

16  IT IS SO ORDERED.

17

18  DATED:  July 27, 2009.

19

20  _____

21  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

22

23  Ddad1/orders.socsec/zamora2347.stipord.attyfees

24

25

26  _____

27  [1] Authorization to provide electronic signature obtained on June 25, 2009.  Local Rule 7-131.  Original signature on file at the office of Olson, Hagel, Fishburn, LLP.

28  [2] Authorization to provide electronic signature obtained on July 9, 2009.  Local Rule 7-131.  Original signature on file at the office of Olson, Hagel, Fishburn, LLP.

2